# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Angela Reed** _____  Case No.  **25-20781** _____
                                    Debtor(s)              Chapter    **7** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Angela Reed**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **April 17, 2025**          Signature  **/s/ Angela Reed**
                                             **Angela Reed**
                                             Debtor

**IQVIA**

| | | |
|---|---|---|
| Employee Name: | Angel | |
| Employee #: | 1060496 | |
| Employee Address: | 159 Westminster Drive, Monroeville, PA 15146 | |
| Department: | Default | |
| Business Title: | Training and Quality Manager | |

| | |
|---|---|
| Pay Date: | 3/7/2025 |
| Pay Period: | 2/15/2025 - 2/28/2025 |
| Deposit Advice #: | 912685545 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $2,446.91 |
| Federal Filing Status: | Married |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Monroeville) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | |
|---|---|
| Employer Name: | Allcare Plus Pharmacy Inc. |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 4820 Emperor Blvd, Durham, NC 27703 |

| | Current 2/15/2025 - 2/28/2025 | | | YTD As of 2/28/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 80.00 | | $2,446.91 | 400.00 | $12,234.55 |
| Regular | 80.00 | 30.5863 | $2,446.91 | 400.00 | $12,234.55 |
| **Taxable Benefits** | | | $5.40 | | $27.00 |
| Group Term Life | | | $5.40 | | $27.00 |
| **Memo Information** | | | $24.47 | | $122.35 |
| 401K Employer Match | | | $24.47 | | $122.35 |
| **Pre-Tax Deductions** | | | $250.48 | | $1,252.40 |
| 401K | | | $24.47 | | $122.35 |
| DET1B | | | $25.44 | | $127.20 |
| MED2B | | | $69.55 | | $347.75 |
| VSNB | | | $7.95 | | $39.75 |
| Health FSA | | | $123.07 | | $615.35 |
| **Taxes** | | | $275.51 | | $1,377.57 |
| Social Security Tax EE | | | $138.03 | | $690.15 |
| Medicare Tax EE | | | $32.28 | | $161.41 |
| PA W/H | | | $68.18 | | $340.90 |
| PA Unemply Tax EE | | | $1.71 | | $8.56 |
| MrvlBorW/H | | | $33.31 | | $166.55 |
| MrvlBorLST | | | $2.00 | | $10.00 |
| **Post-Tax Deductions** | | | $42.12 | | $210.60 |
| 401K Loan 1 | | | $9.45 | | $47.25 |
| 401K Loan 2 | | | $9.96 | | $49.80 |
| ELIFE | | | $3.49 | | $17.45 |
| CLIFE | | | $2.01 | | $10.05 |
| SUPMD | | | $12.04 | | $60.20 |
| AD&D | | | $5.17 | | $25.85 |

| Net Pay | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| Direct Deposit | 124303201 | XXXX6663 | $1,878.80 | | $9,393.98 |
| | | | $1,878.80 | | |

| Other Payroll Information | |
|---|---|
| Eligible Earnings | $2,446.91 |
| Eligible Earnings | $2,446.91 |

**dayforce**

Page 1 of 2

≡IQVIA

| | | |
|---|---|---|
| **Employee Name:** | Angela Reed | |
| **Employee #:** | 1060498 | |
| **Employee Address:** | 159 Westminster Drive Monroeville, PA 15146 | |
| **Department:** | Default | |
| **Business Title:** | Training and Quality Manager | |

| | |
|---|---|
| **Pay Date:** | 3/7/2025 |
| **Pay Period:** | 2/15/2025 - 2/28/2025 |
| **Deposit Advice #:** | 912685545 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $2,446.91 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (Monroeville) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | |
|---|---|
| **Employer Name:** | Allcare Plus Pharmacy Inc. |
| **Employer Phone:** | 1-800-526-7094 |
| **Employer Address:** | 4820 Emperor Blvd Durham, NC 27703 |

### Supplemental Earnings Statement

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 2/15/2025 | 2/28/2025 | 80.00 | 30.5863 | $2,446.91 |
| Group Term Life | 2/15/2025 | 2/28/2025 | | | $5.40 |
| 401K Employer Match | 2/15/2025 | 2/28/2025 | | | $24.47 |
| **Total Hours Paid** | | | 80.00 | | |

dayforce

Page 2 of 2

≡IQVIA

| Employee Name: | Angela Reed | Pay Date: | 2/21/2025 |
| --- | --- | --- | --- |
| Employee #: | 1060496 | Pay Period: | 2/1/2025 - 2/14/2025 |
| Employee Address: | 159 Westminster Drive Monroeville | Deposit Advice #: | 905728322 |
| Department: | Default | Pay Frequency: | Bi-Weekly |
| Business Title: | Training and Quality Manager | Pay Rate: | $2,446.91 |
| | | Federal Filing Status: | Married |
| Employer Name: | Allcare Plus Pharmacy Inc. | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Phone: | 1-800-526-7094 | Local Exemptions: | (Monroeville) |
| Employer Address: | 4820 Emperor Blvd Durham, NC 27703 | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

| | Current 2/1/2025 - 2/14/2025 | | | YTD As of 2/14/2025 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 80.00 | | $2,446.91 | 320.00 | $9,787.64 |
| Regular | 80.00 | 30.5863 | $2,446.91 | 320.00 | $9,787.64 |
| **Taxable Benefits** | | | $5.40 | | $21.60 |
| Group Term Life | | | $5.40 | | $21.60 |
| **Memo Information** | | | $24.47 | | $97.88 |
| 401K Employer Match | | | $24.47 | | $97.88 |
| **Pre-Tax Deductions** | | | $250.48 | | $1,001.92 |
| 401K | | | $24.47 | | $97.88 |
| DET1B | | | $25.44 | | $101.76 |
| MED2B | | | $69.55 | | $278.20 |
| VSNB | | | $7.95 | | $31.80 |
| Health FSA | | | $123.07 | | $492.28 |
| **Taxes** | | | $275.52 | | $1,102.06 |
| Social Security Tax EE | | | $138.03 | | $552.12 |
| Medicare Tax EE | | | $32.29 | | $129.13 |
| PA W/H | | | $68.18 | | $272.72 |
| PA Unemply Tax EE | | | $1.71 | | $6.85 |
| MrvlBorW/H | | | $33.31 | | $133.24 |
| MrvlBorLST | | | $2.00 | | $8.00 |
| **Post-Tax Deductions** | | | $42.12 | | $168.48 |
| 401K Loan 1 | | | $9.45 | | $37.80 |
| 401K Loan 2 | | | $9.96 | | $39.84 |
| ELIFE | | | $3.49 | | $13.96 |
| CLIFE | | | $2.01 | | $8.04 |
| SUPMD | | | $12.04 | | $48.16 |
| AD&D | | | $5.17 | | $20.68 |
| **Net Pay** | Routing # | Account # | Amount | | Amount |
| Direct Deposit | 031101279 | XXXXXXXX0344 | $1,878.79 | | $7,515.18 |
| | | | $1,878.79 | | |

| **Other Payroll Information** | |
| --- | --- |
| Eligible Earnings | $2,446.91 |
| Eligible Earnings | $2,446.91 |

dayforce

Page 1 of 2

≡IQVIA

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Angela Reed | | **Pay Date:** | | 2/21/2025 |
| **Employee #:** | 10604967 | | **Pay Period:** | | 2/1/2025 - 2/14/2025 |
| **Employee Address:** | 159 Westminster Drive Monroeville, PA 15146 | | **Deposit Advice #:** | | 905728322 |
| **Department:** | Default | | **Pay Frequency:** | | Bi-Weekly |
| **Business Title:** | Training and Quality Manager | | **Pay Rate:** | | $2,446.91 |
| | | | **Federal Filing Status:** | | Married |
| **Employer Name:** | Allcare Plus Pharmacy Inc. | | **Federal 2c/Extra Withholding:** | | No/$0.00 |
| **Employer Phone:** | 1-800-526-7094 | | **Local Exemptions:** | | (Monroeville) |
| **Employer Address:** | 4820 Emperor Blvd Durham, NC 27703 | | **State Filing Status:** | | (PA) |
| | | | **State Exemptions:** | | (PA) |

**Supplemental Earnings Statement**

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 2/1/2025 | 2/14/2025 | 80.00 | 30.5863 | $2,446.91 |
| Group Term Life | 2/1/2025 | 2/14/2025 | | | $5.40 |
| 401K Employer Match | 2/1/2025 | 2/14/2025 | | | $24.47 |
| **Total Hours Paid** | | | 80.00 | | |

dayforce

Page 2 of 2

**IQVIA**

| | | |
|---|---|---|
| Employee Name: | Angel | |
| Employee #: | 1060496 | |
| Employee Address: | 159 Westminster Drive, Monroeville, PA 15146 | |
| Department: | Default | |
| Business Title: | Training and Quality Manager | |

| | |
|---|---|
| Pay Date: | 2/7/2025 |
| Pay Period: | 1/18/2025 - 1/31/2025 |
| Deposit Advice #: | 898962310 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $2,446.91 |
| Federal Filing Status: | Married |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Monroeville) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

**Employer Name:** Allcare Plus Pharmacy Inc.
**Employer Phone:** 1-800-526-7094
**Employer Address:** 4820 Emperor Blvd, Durham, NC 27703

| | Current 1/18/2025 - 1/31/2025 | | | YTD As of 1/31/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 80.00 | | $2,446.91 | 240.00 | $7,340.73 |
| Regular | 80.00 | 30.5863 | $2,446.91 | 240.00 | $7,340.73 |
| **Taxable Benefits** | | | $5.40 | | $16.20 |
| Group Term Life | | | $5.40 | | $16.20 |
| **Memo Information** | | | $24.47 | | $73.41 |
| 401K Employer Match | | | $24.47 | | $73.41 |
| **Pre-Tax Deductions** | | | $15.88 | | $751.44 |
| 401K | | | $24.47 | | $73.41 |
| DET1B | | | $25.44 | | $76.32 |
| MED2B | | | $69.55 | | $208.65 |
| VSNB | | | $7.95 | | $23.85 |
| CFSA | | | ($234.60) | | |
| Health FSA | | | $123.07 | | $369.21 |
| **Taxes** | | | $304.17 | | $826.54 |
| Social Security Tax EE | | | $152.57 | | $414.09 |
| Medicare Tax EE | | | $35.68 | | $96.84 |
| PA W/H | | | $75.38 | | $204.54 |
| PA Unemply Tax EE | | | $1.71 | | $5.14 |
| MrvlBorW/H | | | $36.83 | | $99.93 |
| MrvlBorLST | | | $2.00 | | $6.00 |
| **Post-Tax Deductions** | | | $42.12 | | $126.36 |
| 401K Loan 1 | | | $9.45 | | $28.35 |
| 401K Loan 2 | | | $9.96 | | $29.88 |
| ELIFE | | | $3.49 | | $10.47 |
| CLIFE | | | $2.01 | | $6.03 |
| SUPMD | | | $12.04 | | $36.12 |
| AD&D | | | $5.17 | | $15.51 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $2,084.74 | | $5,636.39 |
| Direct Deposit | 031101279 | XXXXXXXX0344 | $2,084.74 | | |

| **Other Payroll Information** | |
|---|---|
| Eligible Earnings | $2,446.91 |
| Eligible Earnings | $2,446.91 |

**dayforce**

Page 1 of 2

**IQVIA**

| | | |
|---|---|---|
| Employee Name: | Angel | Pay Date: | 1/24/2025 |
| Employee #: | 1060496 | Pay Period: | 1/4/2025 - 1/17/2025 |
| Employee Address: | 159 Westminster Drive Monroeville, PA 15146 | Deposit Advice #: | 892122457 |
| Department: | Default | Pay Frequency: | Bi-Weekly |
| Business Title: | Training and Quality Manager | Pay Rate: | $2,446.91 |
| | | Federal Filing Status: | Married |
| Employer Name: | Allcare Plus Pharmacy Inc. | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Phone: | 1-800-526-7094 | Local Exemptions: | (Monroeville) |
| Employer Address: | 4820 Emperor Blvd Durham, NC 27703 | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

| | Current 1/4/2025 - 1/17/2025 | | | YTD As of 1/17/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 80.00 | | $2,446.91 | 160.00 | $4,893.82 |
| Regular | 80.00 | 30.5863 | $2,446.91 | 160.00 | $4,893.82 |
| **Taxable Benefits** | | | $5.40 | | $10.80 |
| Group Term Life | | | $5.40 | | $10.80 |
| **Memo Information** | | | $24.47 | | $48.94 |
| 401K Employer Match | | | $24.47 | | $48.94 |
| **Pre-Tax Deductions** | | | $367.78 | | $735.56 |
| 401K | | | $24.47 | | $48.94 |
| DET1B | | | $25.44 | | $50.88 |
| MED2B | | | $69.55 | | $139.10 |
| VSNB | | | $7.95 | | $15.90 |
| CFSA | | | $117.30 | | $234.60 |
| Health FSA | | | $123.07 | | $246.14 |
| **Taxes** | | | $261.19 | | $522.37 |
| Social Security Tax EE | | | $130.76 | | $261.52 |
| Medicare Tax EE | | | $30.58 | | $61.16 |
| PA W/H | | | $64.58 | | $129.16 |
| PA Unemply Tax EE | | | $1.72 | | $3.43 |
| MrvlBorW/H | | | $31.55 | | $63.10 |
| MrvlBorLST | | | $2.00 | | $4.00 |
| **Post-Tax Deductions** | | | $42.12 | | $84.24 |
| 401K Loan 1 | | | $9.45 | | $18.90 |
| 401K Loan 2 | | | $9.96 | | $19.92 |
| ELIFE | | | $3.49 | | $6.98 |
| CLIFE | | | $2.01 | | $4.02 |
| SUPMD | | | $12.04 | | $24.08 |
| AD&D | | | $5.17 | | $10.34 |
| **Net Pay** | Routing # | Account # | Amount | | Amount |
| Direct Deposit | | | $1,775.82 | | $3,551.65 |
| | 031101279 | XXXXXXXX0344 | $1,775.82 | | |

| **Other Payroll Information** | |
|---|---|
| Eligible Earnings | $2,446.91 |
| Eligible Earnings | $2,446.91 |

**dayforce**

**≡IQVIA**

| | | | | |
|---|---|---|---|---|
| **Employee Name:** | Angela Reed | **Pay Date:** | 1/24/2025 |
| **Employee #:** | 1060790 | **Pay Period:** | 1/4/2025 - 1/17/2025 |
| **Employee Address:** | 159 Westminster Drive Monroeville, PA 15146 | **Deposit Advice #:** | 892122457 |
| **Department:** | Default | **Pay Frequency:** | Bi-Weekly |
| **Business Title:** | Training and Quality Manager | **Pay Rate:** | $2,446.91 |
| | | **Federal Filing Status:** | Married |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Name:** | Allcare Plus Pharmacy Inc. | **Local Exemptions:** | (Monroeville) |
| **Employer Phone:** | 1-800-526-7094 | **State Filing Status:** | (PA) |
| **Employer Address:** | 4820 Emperor Blvd Durham, NC 27703 | **State Exemptions:** | (PA) |

**Supplemental Earnings Statement**

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 1/4/2025 | 1/17/2025 | 80.00 | 30.5863 | $2,446.91 |
| Group Term Life | 1/4/2025 | 1/17/2025 | | | $5.40 |
| 401K Employer Match | 1/4/2025 | 1/17/2025 | | | $24.47 |
| **Total Hours Paid** | | | 80.00 | | |

**dayforce**

Page 2 of 2

**IQVIA**

| | | |
|---|---|---|
| **Employee Name:** | Angel | **Pay Date:** 1/10/2025 |
| **Employee #:** | 1060496 | **Pay Period:** 12/21/2024 - 1/3/2025 |
| **Employee Address:** | 159 Westminster Drive, Monroeville, PA 15146 | **Deposit Advice #:** 885402391 |
| **Department:** | Default | **Pay Frequency:** Bi-Weekly |
| **Business Title:** | Training and Quality Manager | **Pay Rate:** $2,446.91 |
| **Employer Name:** Allcare Plus Pharmacy Inc. | | **Federal Filing Status:** Married |
| **Employer Phone:** 1-800-526-7094 | | **Federal 2c/Extra Withholding:** No/$0.00 |
| **Employer Address:** 4820 Emperor Blvd, Durham, NC 27703 | | **Local Exemptions:** (Monroeville) |
| | | **State Filing Status:** (PA) |
| | | **State Exemptions:** (PA) |

| | Current 12/21/2024 - 1/3/2025 | | | YTD As of 1/3/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 80.00 | | $2,446.91 | 80.00 | $2,446.91 |
| Regular | 80.00 | 30.5863 | $2,446.91 | 80.00 | $2,446.91 |
| **Taxable Benefits** | | | $5.40 | | $5.40 |
| Group Term Life | | | $5.40 | | $5.40 |
| **Memo Information** | | | $24.47 | | $24.47 |
| 401K Employer Match | | | $24.47 | | $24.47 |
| **Pre-Tax Deductions** | | | $367.78 | | $367.78 |
| 401K | | | $24.47 | | $24.47 |
| DET1B | | | $25.44 | | $25.44 |
| MED2B | | | $69.55 | | $69.55 |
| VSNB | | | $7.95 | | $7.95 |
| CFSA | | | $117.30 | | $117.30 |
| Health FSA | | | $123.07 | | $123.07 |
| **Taxes** | | | $261.18 | | $261.18 |
| Social Security Tax EE | | | $130.76 | | $130.76 |
| Medicare Tax EE | | | $30.58 | | $30.58 |
| PA W/H | | | $64.58 | | $64.58 |
| PA Unemply Tax EE | | | $1.71 | | $1.71 |
| MrvlBorW/H | | | $31.55 | | $31.55 |
| MrvlBorLST | | | $2.00 | | $2.00 |
| **Post-Tax Deductions** | | | $42.12 | | $42.12 |
| 401K Loan 1 | | | $9.45 | | $9.45 |
| 401K Loan 2 | | | $9.96 | | $9.96 |
| ELIFE | | | $3.49 | | $3.49 |
| CLIFE | | | $2.01 | | $2.01 |
| SUPMD | | | $12.04 | | $12.04 |
| AD&D | | | $5.17 | | $5.17 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,775.83 | | $1,775.83 |
| Direct Deposit | 031101279 | XXXXXXXX0344 | $1,775.83 | | |

| Other Payroll Information | |
|---|---|
| Eligible Earnings | $2,446.91 |
| Eligible Earnings | $2,446.91 |

**dayforce**

Page 1 of 2

**≡IQVIA**

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Angela Reed | | **Pay Date:** | | 1/10/2025 |
| **Employee #:** | 1060499 | | **Pay Period:** | | 12/21/2024 - 1/3/2025 |
| **Employee Address:** | 159 Westminster Drive Monroeville, PA 15146 | | **Deposit Advice #:** | | 885402391 |
| **Department:** | Default | | **Pay Frequency:** | | Bi-Weekly |
| **Business Title:** | Training and Quality Manager | | **Pay Rate:** | | $2,446.91 |
| | | | **Federal Filing Status:** | | Married |
| **Employer Name:** | Allcare Plus Pharmacy Inc. | | **Federal 2c/Extra Withholding:** | | No/$0.00 |
| **Employer Phone:** | 1-800-526-7094 | | **Local Exemptions:** | | (Monroeville) (PA) |
| **Employer Address:** | 4820 Emperor Blvd Durham, NC 27703 | | **State Filing Status:** | | (PA) |
| | | | **State Exemptions:** | | |

**Supplemental Earnings Statement**

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 12/21/2024 | 1/3/2025 | 80.00 | 30.5863 | $2,446.91 |
| Group Term Life | 12/21/2024 | 1/3/2025 | | | $5.40 |
| 401K Employer Match | 12/21/2024 | 1/3/2025 | | | $24.47 |
| **Total Hours Paid** | | | **80.00** | | |

**dayforce**