| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Angela Reed<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9365<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:   7   3/31/25 |
| Case number: | 25–20781–GLT | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angela Reed | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 159 Westminster Drive<br>Monroeville, PA 15146 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor **Angela Reed**                                                                                     Case number **25–20781–GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court  5414 U.S. Steel Tower  600 Grant Street  Pittsburgh, PA 15219 | Hours open:  Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 4/28/25 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 2, 2025 at 12:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367**  For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/25** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                           page **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20781-GLT |
| Angela Reed | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: 309A | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Reed, 159 Westminster Drive, Monroeville, PA 15146-4915 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16516465 | + | Lendmark Financial Ser, 1121 Hunters Crossing Dr, Alcoa, TN 37701-1852 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Apr 29 2025 01:41:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: ecf@westernpabankruptcy.com | Apr 29 2025 01:40:00 | Lawrence Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | EDI: BRCCRAWFORD.COM | Apr 29 2025 05:16:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Apr 29 2025 05:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 29 2025 01:42:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 29 2025 01:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16527203 | + | EDI: ATTWIREBK.COM | Apr 29 2025 05:16:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16516454 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 29 2025 01:44:13 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16527201 | ^ | MEBN | Apr 29 2025 01:35:31 | American Credit Acceptance, PO Box 4419, Wilmington, OH 45177-4419 |
| 16527202 | + | EDI: AIS.COM | Apr 29 2025 05:16:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16516455 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 29 2025 01:41:00 | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16527204 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 01:44:07 | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 16516457 | | Email/Text: cfcbackoffice@contfinco.com | Apr 29 2025 01:41:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16516456 | ^ | MEBN | | |

Case 25-20781-GLT   Doc 17   Filed 04/30/25   Entered 05/01/25 00:31:06   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 309A | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 16527208 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2025 01:34:34 | Chime/stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 16516458 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 01:40:00 | Credit Acceptance, 25505 W.12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 16516459 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2025 01:57:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16527211 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 29 2025 01:42:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16516460 | + | EDI: AMINFOFP.COM | Apr 29 2025 01:41:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 16516462 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 29 2025 05:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16516463 | + | EDI: PHINGENESIS | Apr 29 2025 01:40:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16527216 | | EDI: JEFFERSONCAP.COM | Apr 29 2025 05:16:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16527218 | | Email/Text: customerservice.us@klarna.com | Apr 29 2025 05:16:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16516464 | ^ | MEBN | Apr 29 2025 01:40:00 | Klarna Inc, 629 N High Street, Suite 300, Columbus, OH 43215 |
| 16516466 | + | Email/Text: bknotification@loandepot.com | Apr 29 2025 01:35:09 | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 16527221 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:42:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16516467 | + | EDI: CBS7AVE | Apr 29 2025 01:57:45 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16527223 | + | EDI: PENNDEPTREV | Apr 29 2025 05:16:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 16518483 | | EDI: PENNDEPTREV | Apr 29 2025 05:16:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16516468 | + | Email/Text: bankruptcy@rentacenter.com | Apr 29 2025 05:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16527225 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:43:00 | Rent-A-Center, 5501 Headquaters Drive, Plano, TX 75024-5845 |
| 16516461 | | Email/Text: bankruptcy@sequium.com | Apr 29 2025 01:56:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16527227 | | Email/Text: bankruptcy@sequium.com | Apr 29 2025 01:40:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 16516470 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Apr 29 2025 01:40:00 | Sequim, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 16516469 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2025 01:40:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 16527229 | + | Email/Text: bankruptcy@huntington.com | Apr 29 2025 01:42:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 16527230 | ^ | MEBN | Apr 29 2025 01:42:00 | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16527231 | | Email/Text: bk@veritasrental.com | Apr 29 2025 01:34:47 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| | | | Apr 29 2025 01:40:00 | Veritas Instrument Rental, 12475 44th Street N, |

Case 25-20781-GLT    Doc 17    Filed 04/30/25    Entered 05/01/25 00:31:06    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 309A | Total Noticed: 41 |

Clearwater, FL 33762

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16527200 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16527205 | *+ | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16527207 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16527206 | *+ | Chime/stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 16527209 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16527210 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16527212 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16527214 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16527215 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16527217 | *+ | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 16527219 | *+ | Lendmark Financial Ser, 1121 Hunters Crossing Dr, Alcoa, TN 37701-1852 |
| 16527220 | *+ | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16527222 | *+ | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 16527224 | *+ | Rent-A-Center, 5501 Headquaters Drive, Plano, TX 75024-5845 |
| 16527213 | *P++ | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, SUITE 150, MARIETTA GA 30067-6429, address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 16527228 | *P++ | SEZZLE INC, BANKRUPTCY DEPARTMENT, 700 NICOLLET MALL, STE 640, MINNEAPOLIS MN 55402-2050, address filed with court:, Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 16527226 | *+ | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Angela Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: 309A | Total Noticed: 41 |

Rosemary C. Crawford         crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 5