# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 25-20781** |
| **Angela Reed** | : **Chapter 7** |
| | : **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-015566_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Angela Reed

Debtor(s)

Case No.: 25-20781
Chapter 7
Judge Gregory L. Taddonio
* * * * * * * * * * * * * * * * * *

MidFirst Bank

Movant,

Related Document #

No Respondent(s).

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 2, 2025.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Rosemary C. Crawford, Chapter 7 Trustee, crawfordmcdonald@aol.com

Lawrence Willis, Attorney for Angela Reed, ecf@westernpabankruptcy.com

Service by First-Class Mail:
Angela Reed and Reshaad J Reed, 159 Westminster Drive, Monroeville, PA  15146

EXECUTED ON: July 2, 2025

By: /s/ Adam B. Hall
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission

25-015566_PS