**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angela Reed<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9365<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  25–20781–GLT

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Angela Reed

8/6/25

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20781-GLT |
| Angela Reed | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 06, 2025 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Reed, 159 Westminster Drive, Monroeville, PA 15146-4915 |
| 16516465 | + | Lendmark Financial Ser, 1121 Hunters Crossing Dr, Alcoa, TN 37701-1852 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 07 2025 04:19:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 07 2025 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 07 2025 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16527203 | + | EDI: ATTWIREBK.COM | Aug 07 2025 04:19:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16516454 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 07 2025 00:32:15 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16527201 | ^ | MEBN | Aug 07 2025 00:18:15 | American Credit Acceptance, PO Box 4419, Wilmington, OH 45177-4419 |
| 16527202 | + | EDI: AIS.COM | Aug 07 2025 04:19:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16516455 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 07 2025 00:26:00 | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16527204 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 00:32:11 | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 16516457 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2025 00:26:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16516456 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 07 2025 00:27:00 | Chime/stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 16527208 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 07 2025 00:26:00 | Credit Acceptance, 25505 W.12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 16516458 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2025 00:43:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16516459 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 07 2025 00:27:00 | Dept Of Education/neln, Po Box 82561, Lincoln, |

Case 25-20781-GLT   Doc 29   Filed 08/08/25   Entered 08/09/25 00:34:43   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NE 68501-2561 |
| 16527211 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 07 2025 00:27:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 16516460 | + | EDI: AMINFOFP.COM | Aug 07 2025 04:19:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16516462 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 07 2025 00:26:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16516463 | + | EDI: PHINGENESIS | Aug 07 2025 04:19:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16527216 | | EDI: JEFFERSONCAP.COM | Aug 07 2025 04:19:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16527218 | | Email/Text: customerservice.us@klarna.com | Aug 07 2025 00:26:00 | Klarna Inc, 629 N High Street, Suite 300, Columbus, OH 43215 |
| 16516464 | ^ | MEBN | Aug 07 2025 00:17:52 | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 16516466 | + | Email/Text: bknotification@loandepot.com | Aug 07 2025 00:27:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16527221 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 00:32:13 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16516467 | + | EDI: CBS7AVE | Aug 07 2025 04:19:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 16527223 | + | EDI: PENNDEPTREV | Aug 07 2025 04:19:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16518483 | | EDI: PENNDEPTREV | Aug 07 2025 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16516468 | + | Email/Text: bankruptcy@rentacenter.com | Aug 07 2025 00:27:00 | Rent-A-Center, 5501 Headquaters Drive, Plano, TX 75024-5845 |
| 16527225 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 00:32:09 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16516461 | | Email/Text: bankruptcy@sequium.com | Aug 07 2025 00:26:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 16527227 | | Email/Text: bankruptcy@sequium.com | Aug 07 2025 00:26:00 | Sequim, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 16516470 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Aug 07 2025 00:26:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 16516469 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 07 2025 00:27:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 16527229 | + | Email/Text: bankruptcy@huntington.com | Aug 07 2025 00:27:00 | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16527230 | ^ | MEBN | Aug 07 2025 00:17:54 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 16527231 | | Email/Text: bk@veritasrental.com | Aug 07 2025 00:26:00 | Veritas Instrument Rental, 12475 44th Street N, Clearwater, FL 33762 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason    Name and Address**

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 318 | Total Noticed: 37 |

| | | |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | | MIDFIRST BANK |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16527200 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16527205 | *+ | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16527207 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16527206 | *+ | Chime/stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 16527209 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16527210 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16527212 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16527214 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16527215 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16527217 | *+ | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 16527219 | *+ | Lendmark Financial Ser, 1121 Hunters Crossing Dr, Alcoa, TN 37701-1852 |
| 16527220 | *+ | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16527222 | *+ | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 16527224 | *+ | Rent-A-Center, 5501 Headquaters Drive, Plano, TX 75024-5845 |
| 16527213 | *P++ | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, SUITE 150, MARIETTA GA 30067-6429, address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 16527228 | *P++ | SEZZLE INC, BANKRUPTCY DEPARTMENT, 700 NICOLLET MALL, STE 640, MINNEAPOLIS MN 55402-2050, address filed with court:, Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 16527226 | *+ | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Adam Bradley Hall
                    on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

Denise Carlon
                    on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
                    on behalf of Debtor Angela Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
                    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 6